UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

KEITH PATTERSON                                                CIVIL ACTION

VERSUS                                                         NO.  06-3062

JAMES M. LEBLANC, WARDEN                                       SECTION "S"(4)


**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Keith Patterson's petition for issuance of a Writ of Habeas Corpus filed pursuant to Title 28 U.S.C. § 2254 is **DISMISSED WITH PREJUDICE** as time barred.

New Orleans, Louisiana, this ____6th____ day of _____December_____, 2007.


                                                _____
                                                UNITED STATES DISTRICT JUDGE